| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF NORTH CAROLINA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Gregory Trucking Company, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
56-1802151

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **147 Lumber Dr.** <br> **Harmony, NC 28634** <br> Number, Street, City, State & ZIP Code | **P. O. Box 53** <br> **Union Grove, NC 28689** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Iredell** <br> County | Location of principal assets, if different from principal place of business <br> _____ <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Gregory Trucking Company, Inc.** _____ Case number (*if known*)_____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor **Gregory Trucking Company, Inc.**                                                             Case number (*if known*) _____
      Name

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

### 11. Why is the case filed in *this district*?

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

### 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

---

■ **Statistical and administrative information**

### 13. Debtor's estimation of available funds

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

### 14. Estimated number of creditors

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

### 15. Estimated Assets

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

### 16. Estimated liabilities

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor **Gregory Trucking Company, Inc.** _____ Case number (*if known*)_____
    Name

        ☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million        ☐ $1,000,000,001 - $10 billion
        ☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
        ☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million        ☐ More than $50 billion

Debtor  **Gregory Trucking Company, Inc.**  Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **December 18, 2023**
MM / DD / YYYY

**X /s/ Cecil S. Gregory**                          **Cecil S. Gregory**
Signature of authorized representative of debtor    Printed name

Title  **President**

**18. Signature of attorney**

**X /s/ R. Keith Johnson**                          Date **December 18, 2023**
Signature of attorney for debtor                     MM / DD / YYYY

**R. Keith Johnson**
Printed name

**Law Offices of R. Keith Johnson, P.A.**
Firm name

**1275 S. Hwy. 16**
**Stanley, NC 28164**
Number, Street, City, State & ZIP Code

Contact phone  **704-827-4200**    Email address  **kjparalegal@bellsouth.net**

**8840 NC**
Bar number and State

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

# Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is ___N/A___.

2. The following financial data is the latest available information and refers to the debtor's condition on ___N/A___.

   a. Total assets    $ _____

   b. Total debts (including debts listed in 2.c., below)    $ _____

   c. Debt securities held by more than 500 holders

   Approximate number of holders:

   secured ☐  unsecured ☐  subordinated ☐  $ _____  _____
   secured ☐  unsecured ☐  subordinated ☐  $ _____  _____
   secured ☐  unsecured ☐  subordinated ☐  $ _____  _____
   secured ☐  unsecured ☐  subordinated ☐  $ _____  _____
   secured ☐  unsecured ☐  subordinated ☐  $ _____  _____

   d. Number of shares of preferred stock    _____
   e. Number of shares common stock    _____

   Comments, if any: _____

3. Brief description of debtor's business:   N/A

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:   N/A

| **Fill in this information to identify the case:** | |
|---|---|
| Debtor name | **Gregory Trucking Company, Inc.** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on | **December 18, 2023** | X **/s/ Cecil S. Gregory** |
|---|---|---|
| | | Signature of individual signing on behalf of debtor |
| | | **Cecil S. Gregory** |
| | | Printed name |
| | | **President** |
| | | Position or relationship to debtor |

Fill in this information to identify the case:

Debtor name: **Gregory Trucking Company, Inc.**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF NORTH CAROLINA**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Black's Tire & Auto**<br>P. O. Box 919<br>Whiteville, NC 28472 | | | | | | $4,600.00 |
| **Estate of George J. Forbes**<br>c/o Dino M. Tangredi<br>106 Mount Auburn St.<br>Watertown, MA 02472 | | | Disputed | | | $1,914,936.00 |
| **Flowers Auto Parts**<br>PO Box 1118<br>Hickory, NC 28601 | | | | | | $184.00 |
| **Johnson Parts**<br>1112 Shelton Ave.<br>Statesville, NC 28677 | | | | | | $58.00 |
| **Parts South**<br>1200 Atando Ave. Ste. A<br>Charlotte, NC 28206 | | | | | | $575.00 |
| **Peterbilt of Charlotte**<br>3917 Trailer Rd.<br>Charlotte, NC 28269 | | | | | | $970.00 |
| **United Bank**<br>PO Box 2373<br>Charleston, WV 25328 | | Trucks and trailers | | $247,885.00 | $211,750.00 | $36,135.00 |
| **Whites International**<br>PO Box 18605<br>Greensboro, NC 27419 | | | | | | $189.00 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Gregory Trucking Company, Inc.** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals       12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................... $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................ $ **0.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................. $ **0.00**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $ **247,885.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$ **1,921,512.00**

4. **Total liabilities** ....................................................................................................................................  $ **2,169,397.00**
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name: **Gregory Trucking Company, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| 2.1 | **United Bank**<br>Creditor's Name<br><br>**PO Box 2373**<br>**Charleston, WV 25328**<br>Creditor's mailing address<br><br>_____<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br>**1650**<br><br>Do multiple creditors have an interest in the same property?<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Trucks and trailers**<br><br>_____<br>Describe the lien<br><br>Is the creditor an insider or related party?<br>☒ No<br>☐ Yes<br><br>Is anyone else liable on this claim?<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $247,885.00 | $211,750.00 |

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $247,885.00

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name: **Gregory Trucking Company, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     | Total claim | Priority amount |
|-----|-----|-------------|-----------------|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**320 Federal Place**<br>**Greensboro, NC 27401**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Notice purposes only**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $0.00 | $0.00 |
| 2.2 | Priority creditor's name and mailing address<br>**Iredell Co. Tax Collector**<br>**P. O. Box 1027**<br>**Statesville, NC 28687**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Notice purposes only**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $0.00 | $0.00 |

| Debtor | **Gregory Trucking Company, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address<br>**NC Department of Revenue**<br>**P. O. Box 25000**<br>**Raleigh, NC 27640** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice purposes only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | ■ No<br>☐ Yes | | |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Black's Tire & Auto**<br>**P. O. Box 919**<br>**Whiteville, NC 28472** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,600.00 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset?  ■ No   ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Estate of George J. Forbes**<br>**c/o Dino M. Tangredi**<br>**106 Mount Auburn St.**<br>**Watertown, MA 02472** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $1,914,936.00 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset?  ■ No   ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Flowers Auto Parts**<br>**PO Box 1118**<br>**Hickory, NC 28601** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $184.00 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset?  ■ No   ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Johnson Parts**<br>**1112 Shelton Ave.**<br>**Statesville, NC 28677** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $58.00 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset?  ■ No   ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Parts South**<br>**1200 Atando Ave.**<br>**Ste. A**<br>**Charlotte, NC 28206** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $575.00 |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset?  ■ No   ☐ Yes | |

Debtor **Gregory Trucking Company, Inc.**                                        Case number (if known)
        Name

| 3.6 | **Nonpriority creditor's name and mailing address** <br> **Peterbilt of Charlotte** <br> **3917 Trailer Rd.** <br> **Charlotte, NC 28269** <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$970.00** |
|---|---|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address** <br> **Whites International** <br> **PO Box 18605** <br> **Greensboro, NC 27419** <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$189.00** |

### Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.    $ | **0.00** |
| **5b. Total claims from Part 2** | 5b.  **+** $ | **1,921,512.00** |
| **5c. Total of Parts 1 and 2** <br>    Lines 5a + 5b = 5c. | 5c.    $ | **1,921,512.00** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Gregory Trucking Company, Inc.** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases       12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **2021 Ford F-250; VIN 7439; Acct. 8253;** | |
| | State the term remaining | **28 months** | **Ford Credit**<br>**PO Box 650573**<br>**Dallas, TX 75265-0573** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **2021 Ford F-250; VIN 2860; Acct. 1466** | |
| | State the term remaining | **24 months** | **Ford Credit**<br>**PO Box 650573**<br>**Dallas, TX 75265-0573** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **2021 Ford F-250; VIN 0834; Acct. 1500** | |
| | State the term remaining | **24 months** | **Ford Credit**<br>**PO Box 650573**<br>**Dallas, TX 75265-0573** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name: **Gregory Trucking Company, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**    *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Brandon Gregory** | **PO Box 99<br>Union Grove, NC 28689** | **United Bank** | ■ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Cecil S. Gregory** | **PO Box 99<br>Union Grove, NC 28689** | **United Bank** | ■ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |

# United States Bankruptcy Court
## Western District of North Carolina

In re **Gregory Trucking Company, Inc.**　　　　　　　　　　　　　Case No.
　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Brandon Gregory** | | | **1/3 interest** |
| **Cecil S. Gregory** | | | **2/3 interest** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

　　I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date　**December 18, 2023**　　　　　　　　　Signature　**/s/ Cecil S. Gregory**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Cecil S. Gregory**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Western District of North Carolina

In re **Gregory Trucking Company, Inc.**　　　　　　　　　　Case No.
　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:　**December 18, 2023**　　　　　　　**/s/ Cecil S. Gregory**
　　　　　　　　　　　　　　　　　　　　　**Cecil S. Gregory**/**President**
　　　　　　　　　　　　　　　　　　　　　Signer/Title

```
Black's Tire & Auto
P. O. Box 919
Whiteville, NC 28472


Brandon Gregory
PO Box 99
Union Grove, NC 28689


Cecil S. Gregory
PO Box 99
Union Grove, NC 28689


Estate of George J. Forbes
c/o Dino M. Tangredi
106 Mount Auburn St.
Watertown, MA 02472


Flowers Auto Parts
PO Box 1118
Hickory, NC 28601


Ford Credit
PO Box 650573
Dallas, TX 75265-0573


Internal Revenue Service
320 Federal Place
Greensboro, NC 27401


Iredell Co. Tax Collector
P. O. Box 1027
Statesville, NC 28687


Johnson Parts
1112 Shelton Ave.
Statesville, NC 28677


NC Department of Revenue
P. O. Box 25000
Raleigh, NC 27640


Parts South
1200 Atando Ave.
Ste. A
Charlotte, NC 28206
```

```
Peterbilt of Charlotte
3917 Trailer Rd.
Charlotte, NC 28269


United Bank
PO Box 2373
Charleston, WV 25328


Whites International
PO Box 18605
Greensboro, NC 27419
```

# United States Bankruptcy Court
## Western District of North Carolina

In re  **Gregory Trucking Company, Inc.**                      Case No.
                                Debtor(s)                      Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Gregory Trucking Company, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 18, 2023**                      **/s/ R. Keith Johnson**
Date                                       **R. Keith Johnson**
                                           Signature of Attorney or Litigant
                                           Counsel for  **Gregory Trucking Company, Inc.**
                                           **Law Offices of R. Keith Johnson, P.A.**
                                           **1275 S. Hwy. 16**
                                           **Stanley, NC 28164**
                                           **704-827-4200 Fax:704-827-4477**
                                           **kjparalegal@bellsouth.net**